UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re:                                                              Chapter 7

Susan Davy-Membreno,                                    Case No.: 8-19-74214-ast

                            Debtor.
---------------------------------------------------------------X

## NOTICE OF THE TRUSTEE'S INTENTION TO ABANDON PROPERTY OF THE BANKRUPTCY ESTATE

**TO:    ALL CREDITORS AND PARTIES IN INTEREST**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Bankruptcy Procedure 6007(a), E.D.N.Y. Local Bankruptcy Rule 6007-1, and section 554(a) of Title 11 of the United States Code (the "Bankruptcy Code"), notice is hereby given that Andrew M. Thaler, Chapter 7 trustee (the "Trustee") of the bankruptcy estate (the "Estate") of Susan Davy-Membreno (the "Debtor"), intends to abandon the Estate's interest in the following property: the Debtor's real property located at 89 Delaware Avenue, Freeport, New York 11520 (the "Freeport Property").

**PLEASE TAKE FURTHER NOTICE**, that the Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code on June 10, 2019. Schedule A/B of the Debtor's petition indicates that the Property is valued at $536,000.00 with a CitiMortgage Inc., lien in the amount of $415,692.00 and an exemption in the amount of $120,308.00. Based on this information and my own investigation, there would be little if any equity for the Estate after legal fees, expenses and exemption was paid, has led the Trustee to determine that the Estate's interest in the Freeport Property is of inconsequential value and burdensome to the Estate.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Trustee's proposed abandonment of the Estate's interest in the Freeport Property must: (i) be in writing and state with particularity the legal and factual grounds supporting the objection(s); (ii) be electronically filed with the Bankruptcy Court; and (iii) be served upon Thaler Law Firm PLLC, 675 Old Country Road, Westbury, New York 11590 (Attn: Andrew M. Thaler, Esq.), to be received no later than November 22, 2019.

**PLEASE TAKE FURTHER NOTICE** that, unless written objections are timely filed and received by the Trustee, the Estate's interest in the Property shall be deemed abandoned as of November 25, 2019.

**PLEASE TAKE FURTHER NOTICE** that, in the event objections to the Trustee's proposed abandonment of the Property are properly filed and served, a hearing will be held before the Hon. Alan S. Trust, United States Bankruptcy Judge for the Eastern District of New York, 290 Federal Plaza, Courtroom 960, Central Islip, New York 11722, at a date and time determined by the Court, notice of which will be provided by the Trustee

Dated: November 5, 2019
      Westbury, New York

                                      THALER LAW FIRM PLLC
                                      *Attorneys for Andrew M. Thaler,*
                                      *Chapter 7 Trustee*
                                      675 Old Country Road
                                      Westbury, New York 11590
                                      Phone: (516) 279-6700
                                      Fax: (516) 279-6722

                By:      */s/ Andrew M. Thaler*
                             Andrew M. Thaler
                             athaler@athalerlaw.com