UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
IN RE:

SUSAN DAVY-MEMBRENO AKA SUSAN DAVY,

DEBTOR.

CHAPTER 7

CASE NO. 8-19-74214-ast

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

**ON** November 21, 2019, the Motion (the "Motion") of Nationstar Mortgage LLC d/b/a Mr. Cooper, ("Movant") dated October 14, 2019, came before the Court, for relief from the automatic stay with respect to the collateral known as 89 Delaware Avenue, Freeport, NY 11520 (the "Collateral"). This Court, having considered the evidence presented and the argument of the parties, and with good cause appearing therefor; it is hereby

**ORDERED** that the automatic stay, effect pursuant to 11 U.S.C. § 362(a), is hereby terminated pursuant to 11 U.S.C. § 362(d)(1) as to Movant, its agents, assigns or successors in interest, so that Movant, its agents, assigns or successors in interest, may take any and all actions under applicable state law to exercise its remedies against the Collateral; and it is further

**ORDERED** that the Chapter 7 Trustee shall be served with a copy of the referee's report of sale within (30) days of the report [if applicable], and shall be noticed with any surplus monies realized from the sale of the Collateral, and it is further

**ORDERED**, that all other relief sought in the Motion is denied



**Dated: November 25, 2019**
**Central Islip, New York**

_____
**Alan S. Trust**
**United States Bankruptcy Judge**

19-083817